

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00008-CV

_____


JOHNNIE MAE RILEY, Appellant

V.

LADONNA GALE SUBER THIGPEN, PHYLLIS ANN MEADORS, AND
HAROLD JUDSON SUBER, Appellees


On Appeal from the County Court at Law
Gregg County, Texas
Trial Court No. 2008-941-CCL2


Before Morriss, C.J., Carter and Moseley, JJ.

MEMORANDUM OPINION

Johnnie Mae Riley, appellant, filed pro se her notice of appeal January 7, 2009.

The clerk's record was filed February 26, 2009, and the reporter's record was filed April 16, 2009. Riley's brief was therefore due May 18, 2009. This Court granted Riley an extension of thirty days, to June 17, 2009. Riley then filed a second request for an extension of time, which we also granted, to August 17, 2009. In that correspondence granting Riley's request for an extension, we informed her that no more requests for an extension would be granted and that failure to file her brief by that date could result in her appeal being dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Riley has now filed a third request for an extension of time, asking to August 31, 2009, to which Appellees have filed an objection. It is now September 4, and no brief has been filed. We overrule Riley's motion for an extension of time and, pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

BY THE COURT

Date Submitted:  September 3, 2009
Date Decided:  September 4, 2009